UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   WILLIAM G STEWART<br>   ANGELA S STEWART<br><br>                              Debtors | CASE NO: 07-31255<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 23 | DAYTON HEAD & NECK SURGEONS<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD STE 109<br>MORAINE, OH  45439 | 198.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

|  |  |  |
|---|---|---|
|  | Certificate of Service | 07-31255 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| WILLIAM G STEWART<br>ANGELA S STEWART<br>2226 BRADLEY COURT<br>BELLBROOK, OH  45305 | DENNIS HEITZ<br>1634 S SMITHVILLE RD<br>DAYTON, OH  45410 | (27.1n)<br>CAPITAL ONE AUTO FINANCE<br>C/O JOE LOZANO<br>PO BOX 829009<br>DALLAS, TX  75382 |
| (23.1)<br>DAYTON HEAD & NECK SURGEONS<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD STE 109<br>MORAINE, OH  45439 | (32.1n)<br>JOEL K JENSEN<br>LERNER SANPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45202 | (33.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 |
| (26.1n)<br>WELLS FARGO BANK NA<br>PO BOX 829009<br>DALLAS, TX  75382 | | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv